UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60188 CR-COHN
MAGISTRATE JUDGE
SNOW

18 U.S.C. § 1029(a)(2)

UNITED STATES OF AMERICA,

v.

PATRICIA REED,
    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about November 6, 2003, through on or about December 13, 2003, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

PATRICIA REED,

did knowingly and with intent to defraud, use and cause to be used, unauthorized access devices, that is, unauthorized MBNA Mastercard account numbers, and by such conduct did obtain a thing of value, that is funds, aggregating at least $1,000.00 during a one-year period, such use affecting interstate commerce; in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL

_____
FOR]

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

PATRICIA REED,

**CERTIFICATE OF TRIAL ATTORNEY***

           Defendant.
_____/

Superseding Case Information:

**Court Division:** (Select One)

New Defendant(s)    Yes _____  No _____
Number of New Defendants _____
Total number of counts _____

___ Miami     ___ Key West
_X_ FTL       ___ WPB       ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __NO__
   List language and/or dialect    _____

4. This case will take    __3 days to try__

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_              Petty     _____
   II   6 to 10 days      _____            Minor     _____
   III  11 to 20 days     _____            Misdem.   _____
   IV   21 to 60 days     _____            Felony    _X_
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No)    __NO__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to
   April 1, 2003?    _____ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to
   April 1, 1999?    _____ Yes   _X_ No
   If yes, was it pending in the Central Region?    Yes _____   No _____

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes _____   No _X_

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003?    _____ Yes   _X_ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __PATRICIA REED__

__$50,000 10% Bond is recommended__
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
**BERTHA R. MITRANI**
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s):   U.S. Secret Service, Special Agent Shannon Jayroe
(FBI) (**SECRET SERVICE**) (DEA) (IRS) (CUSTOMS) (OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: PATRICIA REED

Case No: _____

Count #: 1

Access Device Fraud

18 U.S.C. § 1029(a)(2)

**\* Max.Penalty**: Ten (10) years' imprisonment; three (3) years' supervised release; $250,000 fine

Counts #:

_____

**\* Max.Penalty**:

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.